## JOSEPH MANTEL v. CROXTON MINING COMPANY.[1]

April 23, 1909.

Nos. 16,128—(61).

Action in the district court for St. Louis county by the administrator of the estate of Drago Sundic, deceased, to recover $5,000 for the death of his intestate caused by injuries sustained while working in defendant's open pit.

From an order, Dibell, J., overruling defendant's demurrer to the complaint, it appealed. Affirmed.

*Davis & Hollister,* for appellant.

*E. O. Kennedy,* for respondent.

PER CURIAM.

This case comes here on appeal from an order of the trial court overruling the defendant's demurrer to the complaint. We have examined the complaint carefully, and considered the questions raised in the appellant's brief, and are satisfied that the demurrer was properly overruled. The order is therefore affirmed.